UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN AUTOMOBILE ASSOCIATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> AAA AUTO BODY & REPAIR, INC., et al., <br><br> Defendants. | Case No. 14-cv-04131-KAW <br><br> ORDER REQUIRING SUPPLEMENTAL BRIEFING IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT; ORDER CONTINUING HEARING TO FEBRUARY 5, 2015 <br><br> Re: Dkt. No. 21 |

On December 8, 2014, Plaintiff AAA filed a motion for default judgment against Defendants AAA Auto Body & Repair, Inc. and Sarbjeet Takhar. (Dkt. No. 21.)

Upon review of Plaintiff's moving papers, the Court requires supplemental briefing to address each individual cause of action for which Plaintiff is seeking default judgment, including an analysis of the *Eitel* factors, to assist the court in determining whether the granting of default judgment is appropriate. *See Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986).

Additionally, in support of its request for reasonable costs, Plaintiff shall also address why it spent so much money on courier and messenger services. A supplemental declaration is sufficient.

Plaintiff shall file the supplemental briefing on or before January 23, 2015. The January 15, 2015 hearing is continued to February 5, 2015 at 11:00 a.m. at 1301 Clay Street, Oakland, California. Plaintiffs shall serve a copy of this order on Defendant.

IT IS SO ORDERED.

Dated: January 8, 2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge