IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN AUTOMOBILE ASSOCIATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> AAA AUTO BODY & REPAIR, INC., <br><br> Defendant. | No. C14-04131 CRB <br><br> **ORDER ADOPTING REPORT & RECOMMENDATION AND GRANTING DEFAULT JUDGMENT** |

The Court has reviewed Magistrate Judge Kandis A. Westmore's Report and Recommendation in this case (dkt. 31). The Court finds the Report and Recommendation thorough, well-reasoned, and correct, ADOPTS it as the Order of the Court, and GRANTS default judgment for Plaintiff. The Court AWARDS Plaintiff reasonable costs in the amount of $1,931.90, and ORDERS Defendant to comply with conditions (1), (2) and (3) as described in the Report and Recommendation. See R&R at 10-11.

**IT IS SO ORDERED.**

Dated: February 27, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE