Ethan Forrest (State Bar No. 286109)
eforrest@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-7008
Facsimile: (415) 955-6511

Of Counsel:

Neil K. Roman, Esq.
Ronald G. Dove, Esq.
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

Attorney for Plaintiff
THE AMERICAN AUTOMOBILE ASSOCIATION, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE AMERICAN AUTOMOBILE ASSOCIATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> AAA AUTO BODY & REPAIR, INC. and SARBJEET TAKHAR, <br><br> Defendants. | Case No.: C14-04131 CRB <br><br><br> **ORDER TO SHOW CAUSE** |

[PROPOSED] ORDER TO SHOW CAUSE

1    Now pending before the Court is Plaintiff The American Automobile
2    Association, Inc.'s Motion for an Order Commanding Defendants AAA Auto Body & Repair,
3    Inc. and Sarbjeet Takhar to Show Cause Why They Should Not Be Held in Contempt and
4    Sanctioned.  Pursuant to the evidence, and for good cause shown,

6    **IT IS ORDERED** that Defendants AAA Auto Body & Repair, Inc. and Sarbjeet
7    Takhar show cause before this Court, in Courtroom 6, 17th Floor, 450 Golden Gate Avenue,
8    San Francisco CA, 94102, on June 12, 2015 at 10:00 o'clock A.M., why they should not be held
9    in contempt of court and sanctioned for failing to obey the Court's February 27, 2015 Order
10   Adopting Report & Recommendation and Granting Default Judgment.

12   **IT IS SO ORDERED.**

13   DATED:  June 4, 2015

By:  _____

The Honorable Charles R. Breyer
United States District Court Judge

[PROPOSED] ORDER TO SHOW CAUSE