IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN AUTOMOBILE ASSOCIATION, INC., <br><br>  Plaintiff, <br><br> v. <br><br> AAA AUTO BODY & REPAIR, INC., <br><br>  Defendant. | No. C14-04131 CRB <br><br> **ORDER TO SHOW CAUSE** |

The Court has received Plaintiff American Automobile Association Inc's Motion to Enforce the Court's Contempt Order Against Defendants AAA Auto Body & Repair, Inc. Mot. (dkt. 46). That Motion notes that the Court's June 25, 2015 Contempt Order: (1) held Defendants in contempt for their continued violation of the Court's Order of February 27, 2015 (dkt. 36); (2) enjoined Defendants from using, without authorization, any of Plaintiff's trademarks, and required Defendants to file a compliance statement within 30 days; (3) required Defendants to pay Plaintiff an additional $5,416.09 in costs; and (4) provided that if Defendants did not comply, then Plaintiff could seek further assistance from the Court, "including imposition of additional monetary sanctions or a civil arrest warrant for Mr. Takhar." Id. at 3 (citing Order Holding Defendants AAA Auto Body & Repair, Inc. and Sarbjeet Takhar in Contempt of Court (dkt. 44) at 2). The Motion asserts that no action has been taken in response to the Court's June 25, 2015 Order: Defendants have not paid

1  Plaintiff anything, have not submitted a statement of compliance to the Court, and continue
2  to use Plaintiff's marks.  Id. at 3-4.  Accordingly, the Court ORDERS Defendants to SHOW
3  CAUSE by 12:00 p.m. on Monday, August 24, 2015 why the Court should not grant
4  Plaintiff's Motion to Enforce.  Failure to timely respond to this Order could result in the
5  issuance of a civil arrest warrant as to Defendant Takhar, among other remedies.

**IT IS SO ORDERED.**

Dated: August 11, 2015

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE